# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KASIE STEVENS-BRATTON, individual and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) No. 2:15-cv-02472-SHM-tmp |
| v. | ) ) ) |
| TRUGREEN, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kasie Stevens-Bratton and Defendant TruGreen, Inc., by and through undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that they have reached a settlement in this matter, and that all claims in this action should be dismissed with prejudice. Each party shall bear its own costs and attorney fees, except as outlined in the Parties' Settlement and Release Agreement.

The parties further stipulate and agree that the proposed Agreed Order of Dismissal with Prejudice submitted to the Court's ECF mailbox contemporaneously herewith is appropriate for the Court's review and entry.

Respectfully submitted,

s/ George T. Lewis, III
George T. Lewis, III (TN #007018)
Matthew S. Mulqueen (TN #28418)
Ryan A. Strain (TN #27565)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000

1

Memphis, Tennessee 38103
Email:  blewis@bakerdonelson.com
Email:  mmulqueen@bakerdonelson.com
Email:  rstrain@bakerdonelson.com
Telephone: (901) 526-2000
Facsimile: (901) 577-0818

***Attorneys for Defendant, TruGreen, Inc.***


/s/ Adam Gonnelli (signed with permission)
Adam Gonnelli, *Admitted Pro Hac Vice*
THE SULTZER LAW GROUP P.C.
280 Highway 35, Suite 304
Red Bank, New Jersey 07701
Email: gonnellia@thesultzerlawgroup.com
Telephone: (732) 741-4290
Facsimile: (888) 749-7747

Beth E. Terrell, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Adrienne D. McEntee, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com
Email: amcentee@terrellmarshall.com
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

J. Gerard Stranch, IV, BPR #23045
Seamus T. Kelly, BPR #32202
Benjamin A. Gastel, BPR #28699
BRANSTETTER, STRANCH
& JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Blvd., Suite 200
Nashville, Tennessee 37203
Email: gerards@bsjfirm.com
Email: seamusk@bsjfirm.com
Email: beng@bsjfirm.com
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

4849-5680-4815v1
2932900-000003

        Innessa Melamed Huot, *Admitted Pro Hac Vice*
        FARUQI & FARUQI, LLP
        685 Third Avenue
        New York, New York 10017
        Email: ihuot@faruqilaw.com
        Telephone: (212) 983-9330

        Mary B. Reiten, *Admitted Pro Hac Vice*
        PERYEA SILVER TAYLOR
        901 Fifth Avenue
        Suite 820
        Seattle, WA 98164
        206-403-1903
        mreiten@pstlawyers.com

        *Attorneys for Plaintiff Kasie Stevens-Bratton*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 7, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

                        s/ George T. Lewis, III